IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH CUNNINGHAM, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-02575 |
| | § | |
| TARGET CORPORATION, | § | |
| Defendant. | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record for Defendant Target Corporation certifies that the following persons have an interest in the outcome of this case:

Edith Cunningham – Plaintiff

John D. Sheppard, Nicholas A. Morrow, Daniel E. Sheppard – Attorneys of record for Plaintiff

MORROW & SHEPPARD LLP - Law firm of Plaintiff's counsel

Target Corporation – Defendant

Donna C. Peavler and Sara K. Scudday – Attorneys of record for Defendant

Peavler | Briscoe – Law firm of Defendant's counsel

Respectfully submitted,

/s/ Donna C. Peavler
**Donna C. Peavler**
State Bar No. 00783887
dpeavler@peavlerbriscoe.com
**Sara Kimbrough Scudday**
State Bar No. 24073675
sscudday@peavlerbriscoe.com
**PEAVLER|BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
(214) 999-0550 (telephone)
(214) 999-0551 (facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that this document was served on all counsel of record in accordance with and pursuant to the Federal Rules of Civil Procedure on August 3, 2022.

*/s/* Donna C. Peavler
**Donna C. Peavler**