United States District Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDITH CUNNINGHAM, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-02575 |
| § | |
| TARGET CORPORATION, § | |
| § | |
| Defendant. § | |

### ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION

On this day, the Court considered defendant Target Corporation's motion to stay proceedings and compel arbitration (Dkt. No. 12). After reviewing the motion, along with the parties' responsive filings and oral arguments, if any, the Court finds that the motion should be and is hereby, in all things, granted in its entirety.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is GRANTED.

It is, further ORDERED that this case is hereby STAYED pending the outcome of arbitration. Finally, it is further ORDERED that the plaintiff's claims against the defendant are hereby compelled to arbitration pursuant to the parties' 2014 Arbitration Agreement.

SIGNED on February 28, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge